IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| BRIAN BARRIO | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:24-cv-03162-BAH |
| UNIVERSITY OF MARYLAND BALTIMORE COUNTY, *et al.,* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION TO STAY DISCOVERY AND FOR REFERRAL
TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

Defendants University of Maryland Baltimore County, Board of Regents of the University System of Maryland, and Valerie Sheares Ashby (collectively, "Defendants") and Plaintiff Brian Barrio, by their undersigned counsel, hereby respectfully request that discovery be stayed and that this case be referred to a Magistrate Judge for settlement conference, and in support thereof, state as follows:

1. A scheduling order was entered in this action on June 24, 2025.

2. Before expending considerable time, effort and attorneys' fees in connection with discovery, the parties would like to engage in mediation and explore whether an early resolution is possible.

3. The parties believe an in-person mediation before a Magistrate Judge in the Northern Division is most likely to lead to a successful mediation.

4. Discovery is currently set to close on January 16, 2026. To allow sufficient time for mediation and settlement discussions, the parties request to stay discovery pending mediation.

1

This will allow the parties to devote the necessary time and resources to mediation, without expending unnecessary time and attorneys' fees on discovery.

5. The parties propose submitting a joint status report within 10 days of mediation; the report will indicate whether settlement negotiations were successful, and, if not, whether there are any required modifications to the scheduling order.

**WHEREFORE,** the parties respectfully request that this Honorable Court grant their Joint Motion to Stay and for Referral to Magistrate Judge for Settlement Conference.

Date: August 8, 2025                              Respectfully submitted,

|  |  |
|---|---|
| ANTHONY G. BROWN<br>Attorney General of Maryland<br><br>/s/ *Alyson K. Sandul*<br>Alyson K. Sandul (Bar No. 20827)<br>Michelle McGeogh (Bar No. 28778)<br>Assistant Attorneys General<br>Office of the Attorney General<br>Higher Education Division<br>200 St. Paul Place, 17th Floor<br>Baltimore, Maryland 21202-2021<br>Phone: (410) 576-6412<br>Email: asandul@oag.state.md.us<br>mmcgeogh@oag.state.md.us<br><br>*Attorney for Defendants* | **OFFIT KURMAN, P.A.**<br><br>/s/ *Mark J. Dimenna*<br>Mark J. Dimena, Esq. (#07247)<br>Offit Kurman, P.A.<br>1954 Greenspring Drive, Suite 605<br>Timonium, MD 21093<br>Tel.: (410) 209-6400<br>Fax: (410) 209-6435<br>Email: mark.dimenna@offitkurman.com<br><br>Niall D. McMillan, Esq. (#31225)<br>Offit Kurman, P.A.<br>7501 Wisconsin Avenue, Suite 1000W<br>Bethesda, MD 20814<br>Tel.: (240) 257-8299<br>Fax: (240) 507-1735<br>Email: niall.mcmillan@offitkurman.com<br><br>Lisa Seltzer Becker, Esq. (#16277)<br>Offit Kurman, P.A.<br>7501 Wisconsin Avenue, Suite 1000W<br>Bethesda, MD 20814<br>Tel.: (240) 507-1700<br>Fax: (240) 507-1735<br>Email: lbecker@offitkurman.com<br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2025, the foregoing was served by CM/ECF on all registered CMF users.

>                                    /s/ Alyson K. Sandul
>                                    Alyson K. Sandul