**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | |
|---|---|
| BRIAN BARRIO | * |
| Plaintiff | * |
| v. | *    Civil Action No. 1:24-cv-03162-BAH |
| UNIVERSITY OF MARYLAND BALTIMORE COUNTY, *et al.,* | * |
| Defendants | * |

\*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*

**ORDER**

Upon consideration of Joint Motion to Stay Discovery and for Referral to Magistrate

Judge for Settlement Conference, it is this 13th day of   August   , 2025, hereby

**ORDERED**, that the Joint Motion is hereby **GRANTED**; and it is further

**ORDERED**, that discovery is stayed pending the parties' participation in

mediation; and it is further

**ORDERED**, that the parties shall file a joint status report within 10 days of

attending mediation.

/s/
_____
The Honorable Judge Brendan Abell Hurson